This is my Name Richard Powell

This is my Case Number

3-19-CV-00223      Exhivt A

Richard Powell

5-7-19

```
___ FILED          _✓_ RECEIVED
___ ENTERED        ___ SERVED ON
            COUNSEL/PARTIES OF RECORD

            MAY 0 7 2019

        CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____ DEPUTY
```



Jan 15



**Here**

12:16 PM

Jan 20

**There you go...stop questioning me. We are friends. I care about you**

Enter message

160/1

